**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer English, | No. CV-23-00334-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Botx Solutions Incorporated, et al., | |
| Defendants. | |

On July 28, 2023, Defendant Alfonso Gonzalez filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Doc. 3.) Plaintiff moved to strike the Motion, arguing that Defendant had failed to properly meet and confer with Plaintiff regarding whether possible amendments to Plaintiff's complaint could cure any defects. (Doc. 6.) On August 18, 2021, Plaintiff filed a First Amended Complaint. (Docs. 7-1, 8.)

A party may amend its pleading once as a matter of course no later than 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). "[A]n amended pleading supersedes the original." *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990).

Plaintiff was entitled to amend her complaint as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), and her First Amended Complaint supersedes her original complaint. Defendant's Motion to Dismiss addresses a pleading that is no longer operative. Accordingly, the Court will deny the Motion to Dismiss—as well as Plaintiff's Motion to Strike the Motion to Dismiss—as moot.

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 3) is **denied without prejudice as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike (Doc. 6) is **denied as moot**.

Dated this 22nd day of August, 2023.

                                     _____
                                     Honorable Rosemary Márquez
                                     United States District Judge