**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jennifer English, | No. CV-23-00334-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Botx Solutions Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation to Dismiss.  (Doc. 23.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  Accordingly,

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' Stipulation (Doc. 23), the above-captioned matter is **dismissed with prejudice**, with each party to bear its own costs and fees.  The Clerk of Court is directed to close this case.

Dated this 8th day of April, 2024.

Honorable Rosemary Márquez
United States District Judge